IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 24CV03606 SKC

GREGORY MCLAUGHLIN,

    Plaintiff,

v.

AUTOMATION EXCHANGE, INC. et al.,

    Defendants.

**GREGORY WILSON'S JURISDICTIONAL DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1, Defendant Gregory Wilson states the following:

1.    Mr. Wilson is a citizen of South Africa domiciled in North Carolina.

Dated this 18th day of June, 2025.

                                       *s/ Kris J. Kostolansky*
                                       Kris J. Kostolansky, Esq.
                                       Joseph Hykan, Esq.
                                       WOMBLE BOND DICKINSON (US) LLP
                                       1601 19th Street, Suite 1000
                                       Denver, CO 80202
                                       Tel.: (303) 623.9000
                                       Kris.Kostolansky@wbd-us.com
                                       Joe.Hykan@wbd-us.com

                                       *Attorneys for Gregory Wilson*

4916-7245-2687.1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of June 2025, a true and correct copy of the foregoing was filed via the CM/ECF system and served upon all counsel of record following:

      *s/ Kris J. Kostolansky*
      Kris J. Kostolansky, Esq.

4916-7245-2687.1