IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03606-SKC-TPO

GREGORY MCLAUGHLIN,

    Plaintiff,

v.

AUTOMATION EXCHANGE, INC.,
MYRIAD FORCE, INC., and
GREGORY WILSON,

    Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on September 2, 2025.**

    For good cause shown, the Parties' Motion for Entry of Joint Protective Order [ECF 47] is **granted**. The Court will enter the Parties' proposed Protective Order separately.